UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOLLOG IMMANUEL ADONAI-ADONI, | CIVIL ACTION NO. 07-3689 (MLC) |
| Plaintiff, | **ORDER & JUDGMENT** |
| v. | |
| LEON KING II, ESQ., et al., | |
| Defendants. | |

For the reasons stated in the Court's August 13, 2012 Opinion, **IT IS** on this    13th    day of August, 2012, **ORDERED** that the Report and Recommendation (dkt. entry no. 63) is **ADOPTED** as the Court's findings of fact and conclusions of law; and

IT IS FURTHER ADJUDGED that the Complaint is **DISMISSED**; and

IT IS FURTHER ORDERED that the plaintiff's "Motion to Recuse Magistrate" (dkt. entry no. 66) is **DENIED**; and

IT IS FURTHER ORDERED that the plaintiff's Motion to Compel Discovery (dkt. entry no. 64) is **DENIED AS MOOT**; and

IT IS FURTHER ORDERED that the plaintiff's "Motion to Order Clerk to Correct Address Information" (dkt. entry no. 65) is **DENIED AS MOOT**; and

**IT IS FURTHER ORDERED** that the Clerk of the Court designate this action as **CLOSED**.

s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge
United States District Court
District of New Jersey
Sitting by Designation